Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for James H. Donell, Receiver

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, Receiver for Newpoint Financial Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>SOHEILA MOJTAHEDIAN,<br><br>Defendant. | CASE NO. CV 12-02319 DDP (JEMx)<br><br>**JUDGMENT** |

The Motion of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., for Summary Judgment as to Defendant, Soheila Mojtahedian, came on for hearing, having been duly noticed, on September 9, 2013 at 11:00 a.m. before the Honorable Dean D. Pregerson, United States District Court Judge. The Court having granted Plaintiff's Motion for Summary Judgment (Doc 38),

13390.10:1755565.1

1

JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc. and against Defendant, Soheila Mojtahedian, as follows:

    (a) Defendant, Soheila Mojtahedian, shall pay Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., $40,000.00 plus prejudgment interest of $2,845.57.

DATED: September 13, 2013

The Honorable Dean D. Pregerson
United States District Judge

13390.10:1755565.1

2

JUDGMENT